In the Matter of the Incorporated Village of Floral Park, Respondent, for an Order of Mandamus against Robert G. Anderson and J. Russell Sprague, as Supervisors of the Town of Hempstead, and Another, Respondents. In the Matter of the Application of Henry Rettinger, as a Taxpayer of the Incorporated Village of Floral Park, for Permission to Intervene in the Above Proceeding, Intervenor, Appellant.— Peremptory mandamus order modified by inserting therein a provision to the effect that the presiding supervisor of the town of Hempstead and the supervisor of the town of North Hempstead each pay to the county treasurer of Nassau county, for distribution to the incorporated village of Floral Park, whatever interest was earned on the fund which each of them held, erroneously received as a distribution of income tax moneys, to which the village of Floral Park was entitled while such moneys were in their respective control; and as so modified, the order is unanimously affirmed, without costs, in the exercise of discretion. While the procedure was irregular, we think a practical result is reached that does no injustice to any of the parties and brings the matter to a termination. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Charles Koch, Respondent, v. August Roth, Appellant.— Judgment modified by reducing its amount to the sum of $9,243.28 and as so modified unanimously affirmed, without costs. There is no proof in the record as to the value of the stock purchased by the plaintiff except that given by plaintiff's witness Goldberg, who testified that, at the time plaintiff purchased the stock, it had a book value of $3,762. Plaintiff, therefore, was not entitled to recover the full amount he paid for the stock, but only the amount less its value at the time he purchased. The judgment should, therefore, be reduced by the value of the stock at the time he received it, with interest on that amount to the date of the entry of the judgment herein, and the court modifies the judgment to this extent. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Bertha W. Mandel, Appellant, Respondent, v. Henry Mandel, Respondent, Appellant.— Order denying motion to punish defendant for contempt modified so as to provide that it be without prejudice to a new application on the coming in of the referee's report under the order granting a reference on condition, in the event that the situation warrant such new application, and as so modified affirmed. Order granting motion for a reference on condition affirmed. No opinion. Young, Carswell, Scudder and Tompkins, JJ., concur; Lazansky, P. J., not voting. [See 235 App. Div. 821.]

Maujer Holding Corporation, Appellant, Respondent, v. Vitagraph Garage, Inc., and Others, Respondents, Appellants.— Order denying motion to strike out the fifth counterclaim contained in defendants' answer and granting the motion to strike out the first defense therein contained affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.